UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. MJ 10-552 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DETENTION ORDER |
| | ) | |
| GARY NATHANIEL GATEWOOD, JR. | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:      Felon in Possession of a Firearm

<u>Date of Detention Hearing</u>:    January 5, 2011

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)      Defendant, having been previously convicted of the felonies of Possession of Stolen Property in the First Degree, Possession of Marijuana with the Intent to Deliver,

DETENTION ORDER                                                    PAGE 1

01   Possession of Ecstacy (MDMA), and Possession of Cocaine, is charged with possessing a .32

02   caliber semi-automatic pistol in violation of 18 U.S.C. Section 922(g)(1).

03         (2)      The Complaint alleges that defendant was arrested in connection with alleged

04   threats with a gun on July 1, 2009.  Defendant has been in state custody on charges related to that

05   incident since approximately that date.  Defense counsel proffers that the complainant in that

06   incident has recanted.  According to the Complaint, the firearm which defendant is alleged to

07   have possessed is connected to him by a DNA analysis.  Defendant disputes the accuracy of the

08   DNA results.

09         (3)      Defendant has a significant criminal history which includes numerous failures to

10   appear, as well as bench warrant activity, although defendant proffers that the currently active

11   bench warrants were issued when defendant failed to appear due to incarceration.  His criminal

12   history includes failures to comply with court orders, including the commission of assaults,

13   threatening a victim, failing to obey the prohibition against possessing firearms, failing to report,

14   moving without permission, failing to provide a valid address, and being outside of geographic

15   boundaries.

16         (4)      There does not appear to be any condition or combination of conditions that will

17   reasonably assure the defendant's appearance at future Court hearings while addressing the

18   danger to other persons or the community.

19   It is therefore ORDERED:

20         (1)      Defendant shall be detained pending trial and committed to the custody of the

21               Attorney General for confinement in a correction facility separate, to the extent

22               practicable, from persons awaiting or serving sentences or being held in custody

DETENTION ORDER                                                                              PAGE 2

01      pending appeal;

02  (2)     Defendant shall be afforded reasonable opportunity for private consultation with

03          counsel;

04  (3)     On order of a court of the United States or on request of an attorney for the

05          Government, the person in charge of the corrections facility in which defendant

06          is confined shall deliver the defendant to a United States Marshal for the purpose

07          of an appearance in connection with a court proceeding; and

08  (4)     The clerk shall direct copies of this Order to counsel for the United States, to

09          counsel for the defendant, to the United States Marshal, and to the United States

10          Pretrial Services Officer.

11      DATED this 5th day of January, 2011.

12

13                              Mary Alice Theiler
                                United States Magistrate Judge
14

15

16

17

18

19

20

21

22

DETENTION ORDER                                                              PAGE 3